## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME-ROBERT: MUELLER, | ) NO. EDCV 08-00918-DSF (MAN) |
| Plaintiff, | ) ORDER ADOPTING FINDINGS, |
| v. | ) CONCLUSIONS, AND RECOMMENDATIONS |
| UNITED STATES OF AMERICA-CORPORATION, et al., | ) OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections has passed, and no Objections have been filed with the Court. The Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that: Defendants' motion to dismiss the Complaint is granted pursuant to Rule 12(b)(1), (5), and (6) of the Federal Rules of Civil Procedure; the Complaint is dismissed without leave to amend; and Judgment be entered dismissing this action without prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff and counsel for Defendants.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 2/2/09

*/s/ Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE