1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEROME-ROBERT: MUELLER, | ) | NO. EDCV 08-00918-DSF (MAN) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| UNITED STATES OF AMERICA-CORPORATION, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 2/2/09

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE